Matter of Sennett v Liebetreu
2026 NY Slip Op 04074
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF ASHLEY R. SENNETT, PETITIONER-APPELLANT,
v
DANIEL T. LIEBETREU, RESPONDENT-RESPONDENT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
345.1 CAF 25-01699
Present: Whalen, P.J., Curran, Ogden, Nowak, And Delconte, JJ.

DAVIDOFF HUTCHER & CITRON, LLP, NEW YORK CITY (PATRICIA A. GRANT OF COUNSEL), FOR PETITIONER-APPELLANT.
D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR RESPONDENT-RESPONDENT.
BRADLEY J. ROOKE, BROADALBIN, ATTORNEY FOR THE CHILDREN.

Appeal from an order of the Family Court, Jefferson County (Timothy L. Virkler, A.J.), entered April 29, 2025, in a proceeding pursuant to Family Court Act article 6. The order dismissed the cross-petition.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Liebetreu v Sennett ([appeal No. 1] — AD3d — [June 26, 2026] [4th Dept 2026]).
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court